# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CITIZENS BANK, N.A.,** : | **CIVIL ACTION** |
| *Plaintiff* : | |
| : | |
| v. : | |
| : | |
| **USRE 257, LLC,** : | |
| *Defendant* : | **NO. 23-3748** |

## NOTICE OF TELEPHONE CONFERENCE

In light of the Emergency Motion to Remand to State Court (Doc. No. 3), a **TELEPHONE CONFERENCE** in the above matter has been scheduled for **Monday, October 2, 2023** at **1:00 p.m.** with the Honorable Gene E.K. Pratter, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Parties are instructed to telephone 888-684-8852, then enter 3051753# to be connected with the Judge.

*s/Michael Coyle*
**MICHAEL COYLE**
Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge