IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CITIZENS BANK, N.A.,** *Successor by merger to Investors Bank*, <br><br> *Plaintiff,* <br><br> v. <br><br> **USRE 257, LLC** <br><br> *Defendant.* | No. 2:23-cv-03748-GEKP |

## SUGGESTION OF BANKRUPTCY

Defendant USRE 257, LLC (the "Defendant"), by and through their undersigned counsel, files this Suggestion of Bankruptcy and states as follows:

1. On the evening of September 29, 2023, Defendant filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Pennsylvania and was assigned bankruptcy case number Ch-11 23-12967 (AMC).

2. Pursuant to Section 362 of the Bankruptcy Code, the filing of a bankruptcy petition automatically stays all proceedings, including the above-captioned litigation as to USRE 257, LLC.  A copy of USRE 257, LLC's bankruptcy filing is attached hereto as **Exhibit "A"**.

SILVERANG, ROSENZWEIG & HALTZMAN, LLC

By:  /s/ Mark S. Haltzman, Esquire
Mark S. Haltzman, Esquire
Malcolm S. Gould, Esquire
Attorney ID Nos. 38957/80254
900 E. 8th Avenue, Suite 300
King of Prussia, PA  19406
610-263-0115
mhaltzman@sanddlawyers.com
mgould@sanddlawyers.com
*Attorneys for Defendant*